UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

CVI INVESTMENTS, INC.,

         Plaintiff,

 -against-

STEVEN M. MARIANO,

         Defendant.

------------------------------------ x

ORDER

19 Civ. 2960 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUN 0 8 2020

GEORGE B. DANIELS, United States District Judge:

 The status conference is adjourned from June 17, 2020 to August 12, 2020 at 9:45 am.

Dated: New York, New York
   June 8, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge