USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 26 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CVI INVESTMENTS, INC.,

                          Plaintiff,

       -against-

STEVEN M. MARIANO,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 2960 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's motion to strike Defendant's demand for a jury trial, (ECF No. 55), is DENIED as moot, in light of the parties' joint stipulation to strike such demand, (ECF No. 64).

The status conference on **February 3, 2021** is rescheduled from 9:45 a.m. to **10:30 a.m.** and will occur as a videoconference using the Skype platform. This Court will hear oral argument on Plaintiff's pending motion to sever or bifurcate its tortious interference and fraudulent inducment claims, (ECF No. 56), at that time.

To optimize the quality of the video feed, only the Court, Plaintiff's counsel, and Defendant's counsel will appear by video for the proceeding; all others will participate by telephone. Due to the limited capacity of the Skype system, only one counsel per party may participate. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(917) 933-2166** and entering the code ID **476272085**.

To optimize use of the Court's video conferencing technology, all participants in the call must:
1. Use a browser other than Microsoft Explorer to access Skype for Business;
2. Position the participant's device as close to the WiFi router as is feasible;
3. Ensure any others in the participant's household are not using WiFi during the period of the call;
4. Unless the participant is using a mobile telephone to access Skype for Business, connect to audio by having the system call the participant;

If there is ambient noise, the participant must mute his or her device when not speaking. Further, all participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another. Finally, all of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

To the extent that there are any documents relevant to the proceeding, counsel should submit them to the Court (by email or on ECF, as appropriate) **at least 24 hours prior to the proceeding**.

Dated: New York, New York
      January 26, 2021

SO ORDERED.

GEORGE B. DANIELS
United States District Judge