UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CVI INVESTMENTS, INC.,

                     Plaintiff,

    -against-

STEVEN M. MARIANO,

                     Defendant.

------------------------------------- x

ORDER

19 Civ. 2960 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's oral argument, Plaintiff's motion to sever or bifurcate its tortious interference and fraudulent inducement claims, (ECF No. 56), is DENIED without prejudice.

Dated: New York, New York
       February 3, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge