**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
CVI INVESTMENTS, INC.,

                        Plaintiff,

   -against-

STEVEN M. MARIANO,

                        Defendant.
------------------------------------- x

ORDER

19 Civ. 2960 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from April 7, 2021 to May 26, 2021 at 9:45 am.

Dated: New York, New York
       April 1, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge