UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CVI INVESTMENTS, INC.,

                      Plaintiff,

    -against-

STEVEN M. MARIANO,

                    Defendant.

------------------------------------- x

ORDER

19 Civ. 2960 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference is adjourned from May 26, 2021 to June 29, 2021 at 9:45 am.

Dated: New York, New York
      May 25, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge