UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CVI INVESTMENTS, INC.,

                              Plaintiff,

                      -against-

STEVEN M. MARIANO,

                              Defendant.

------------------------------------- x

ORDER

19 Civ. 2960 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defense counsel has filed a motion to withdraw as counsel. (ECF No. 79). In support of that motion, Defendant shall provide the name of Mr. Mariano's new counsel or inform the Court if Mr. Mariano intends to proceed *pro se*.

The status conference is adjourned from September 7, 2021 to September 22, 2021 at 9:30 a.m. A pretrial conference is scheduled for December 14, 2021 at 9:45 a.m. A bench trial is scheduled to begin March 21, 2022 at 9:45 a.m.

Dated: New York, New York
       August 31, 2021

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge