UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------
CVI INVESTMENTS, INC.,

                        Plaintiff,

    -against-

STEVEN M. MARIANO,

                        Defendant.
------------------------------------ x

ORDER

19 Civ. 2960 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for September 22, 2021 is cancelled. The parties will appear for a pretrial conference on December 14, 2021 at 9:45 a.m.

Dated: New York, New York
       September 20, 2021

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge