UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CVI INVESTMENTS, INC.,

                             Plaintiff,

      -against-

STEVEN M. MARIANO,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

19 Civ. 2960 (GBD)

GEORGE B. DANIELS, United States District Judge:

      Counsel for Steven Mariano filed a motion to withdraw as counsel on August 11, 2021. (ECF No. 79.) This Court directed Defendant to provide the name of Mr. Mariano's new counsel or whether Mr. Mariano intends to proceed *pro se*. (ECF No. 82.) The Court received a letter from defense counsel dated, September 20, 2021, informing this Court that Mr. Mariano requires additional time to retain new counsel.

      New counsel shall file a notice of appearance by November 30, 2021. If the Court does not here from new counsel by that date, then the Court will consider whether to grant defense counsel's motion to withdraw, and Defendant should prepare to proceed to trial *pro se*. The December 14, 2021 pretrial conference and March 21, 2022 non-jury trial will proceed as scheduled.

Dated: New York, New York
       October 26, 2021

                                                SO ORDERED.

                                                *George B. Daniels*
                                                GEORGE B. DANIELS
                                                United States District Judge