UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
CVI INVESTMENTS, INC.,

                        Plaintiff,

    -against-

STEVEN M. MARIANO,

                       Defendant.
------------------------------------- x

ORDER

19 Civ. 2960 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties joint pre-trial order in the above-captioned case, as well as in the related case, *Hudson Bay Master Fund Ltd. v. Steven M. Mariano*, Case No. 16-cv-2767 (GBD), is due February 1, 2022.

Dated: New York, New York
         November 18, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge