## EXHIBIT B

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CVI INVESTMENTS, INC., | CIVIL ACTION No. 19-cv-2960-GBD |
| Plaintiff, | |
| v. | |
| STEVEN M. MARIANO, | **Order and Judgment on Consent** |
| Defendant. | |

Plaintiff, CVI Investments, Inc. ("CVII"), having asserted claims in this action against Defendant Steven M. Mariano ("Mariano") for fraudulent inducement and tortious interference, and Defendant Mariano, having consented to the entry of judgment, NOW THEREFORE the Court enters the following Order and Judgment on Consent:

WHEREAS, on April 14, 2016, Plaintiff CVII commenced an action captioned *CVI Investments, Inc. v. Patriot National, Inc.*, 16-cv-2787-GBD (the "2016 CVII Action"), asserting a claim for breach of contract against Patriot National, Inc. ("Patriot");

WHEREAS, by Opinion and Order dated March 28, 2019 in the 2016 CVII Action (ECF No. 201), the District Court granted CVII's motion for summary judgment granting judgment in favor of CVII and against Patriot on CVII's breach of contract claims;

WHEREAS, on May 24, 2019, final judgment was entered in the 2016 CVII Action in favor of CVII and against Patriot (ECF 2016);

WHEREAS, on April 3, 2019, Plaintiff CVII commenced the above-captioned action (the "Action") asserting claims of tortious interference with contract, fraud and fraudulent inducement against Defendant Mariano;

WHEREAS, by Memorandum Decision and Order in this Action dated December 20,

2019 (ECF 42), the District Court denied Mariano's motion to dismiss CVII's tortious interference with contract and fraudulent inducement claims but granted the motion to dismiss CVII's fraud claim;

WHEREAS, CVII and Mariano agree that the only remaining claims in the Action are CVII's tortious interference with contract and fraudulent inducement claims against Mariano;

WHEREAS, CVII and Mariano, having each consulted independent legal counsel, now agree and consent to the entry of this Order and Judgment on Consent, directing the entry of a final judgment in the Action;

WHEREAS, this Court has jurisdiction over CVII and Mariano and the subject matter of this Action, and venue of this Action is proper in this judicial district;

WHEREAS, CVII and Mariano have agreed to the entry of this Order and Judgment on Consent in connection with settlement discussions;

WHEREAS, CVII and Mariano have agreed to waive the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure;

WHEREAS, CVII and Mariano have agreed that this Order and Judgment on Consent shall operate as the final judgment in this Action against Mariano;

WHEREAS, this Order and Judgement on Consent constitutes claim preclusion and issue preclusion as between CVII and Mariano and those in privity with them;

WHEREAS, CVII and Mariano have agreed to waive appeal of this Order and Judgment on Consent;

It is hereby ORDERED, ADJUDGED and DECREED that JUDGMENT be ENTERED in favor of Plaintiff CVII and against Defendant Mariano in the amount of $4,000,000.00. The JUDGMENT will accrue post-judgment interest at the statutory rate until the JUDGMENT, including any accrued interest, is paid in full.

The Clerk of Court is hereby directed to enter final judgment and close the case.

This ____ day of March 2022.

_____
GEORGE B. DANIELS
United States District Judge

JUDGMENT ENTERED:

_____
Clerk of Court